# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA F. KRAINICK

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5180BHS/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court ADOPTS the Report and Recommendation; and

The court REVERSES and REMANDS for further administrative proceedings.


   August 29, 2011                                         BRUCE RIFKIN
Date                                                                       Clerk

                                                                        *s/CM Gonzalez*
                                                                        Deputy Clerk