1                       United States District Judge BENJAMIN H. SETTLE

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                      WESTERN DISTRICT OF WASHINGTON

8 PAMELA F KRAINICK,      )

9                        )   CIVIL NO. 3:11-cv-5180-BHS-KLS
              Plaintiff,   )

10                        )   ~~PROPOSED~~ ORDER FOR
vs.                    )   EAJA FEES, COSTS, AND EXPENSES

11                      )
MICHAEL J. ASTRUE,      )

12 Commissioner of Social Security, )

13                     )
             Defendant. )

14

15       Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby

16 ORDERED that attorney's fees in the total amount of $2,034.93 and expenses in the amount of

17 $21.33 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs

18 in the amount of $1.60 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), for

19 time expended in Federal District Court and on remand administratively which resulted in a fully

20 favorable decision by an ALJ, shall:

21

22      1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff,</u> __ U.S. __ (2010),
        130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie

23         Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC,
        1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

24
     1. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees,

25         expenses, and costs are not subject to any offset allowed under the Department

~~PROPOSED~~ ORDER FOR EAJA FEES, COSTS, AND
EXPENSES – [3:11-cv-5180-BHS-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

2. Plaintiff's attorney shall refund to Plaintiff the portion of EAJA fees relating to administrative work following remand for which he has been compensated by receipt of Section 406a fees.

DATED this _____ day of _____, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES – [3:11-cv-5180-BHS-KLS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com